HENRY DOSCHER et al., as Executors of CLAUS DOSCHER, Deceased, Appellants, *v.* GESINE ENGEL, Respondent.

*Specific performance — alleged agreement to accept certain property as share of decedent's estate — Statute of Frauds.*

*Doscher* v. *Brooklyn Trust Co.*, 192 App. Div. 921, affirmed.

(Submitted December 16, 1921; decided January 17, 1922.)

APPEAL from a judgment, entered June 7, 1920, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to compel specific performance of an agreement whereby it is alleged that defendant, at a meeting of the heirs of Claus Doscher, deceased, agreed to take twelve houses out of a total number of seventy-two houses as her one-sixth distributive share of the whole. Defendant denied that she had made such an agreement and pleaded the Statute of Frauds.

*Henry F. Cochrane* for appellants.

*Francis L. Durk* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

ROBERT H. THORBURN, Respondent, *v.* FIRST NATIONAL BANK OF PORT ARTHUR, TEXAS, as Administrator with the Will Annexed of the Estate of JOHN W. GATES, Deceased, et al., Appellants, Impleaded with Others.

(Submitted January 9, 1922; decided January 17, 1922.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 232 N. Y. 544.)